UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE DMCA SUBPOENA TO CLOUDFARE, INC. | Case No. 23-mc-34 |

## APPLICATION FOR DMCA SUBPOENA

TO:    Clerk of the Court
United States District Court for the Southern District of Indiana
46 East Ohio Street
Room 105
Indianapolis, IN 46204

Dear Clerk of the Court:

On behalf of Indian Industries, Inc., we respectfully request that the Clerk issue a subpoena to Cloudflare, Inc. and a subpoena to NameSilo, LLC to identify the alleged infringer(s) at issue, pursuant to 17 U.S.C. § 512(h). Under Section 512(h) of the Digital Millennium Copyright Act, a "copyright owner or person authorized to act on the owner's behalf may request the clerk of any United States District Court to use a subpoena to a service provider for identification of an alleged infringer in accordance with this subsection." 17 U.S.C. § 512(h)(1). The DMCA subpoenas are directed to Cloudflare, Inc. and NameSilo, LLC to provide documents sufficient to show the identity of the alleged infringers, including names, physical addresses, IP addresses, telephone numbers, e-mail addresses, payment information, account updates, and account histories of the domain name registrant and operators of the www.pickleballoffers.us website.

1

For a subpoena to be issued, Section 512(h) requires that a copyright owner file the following with the Clerk:

1. a copy of the notification required by Section 512(c)(3)(A);

2. a proposed subpoena; and

3. a sworn declaration to the effect that the purpose for which the subpoena is sought is to obtain the identity of an alleged infringer and that such information will only be used for the purpose of protecting the rights under this title.

Accordingly, we attach the notifications we have served on Cloudflare, Inc. and NameSilo, LLC pursuant to Section 512(c)(3)(A), proposed subpoenas, and a sworn declaration. The filing fee is being paid upon electronic filing of the referenced documents. As we have complied with the statute's requirements, we ask that the Clerk, pursuant to Section 512(h)(4), expeditiously issue and sign the proposed subpoenas and return them (c/o undersigned counsel) for service on the subpoena recipient.

Thank you for your cooperation and prompt response in this matter. If you have any questions, please contact the undersigned.

Dated this July 24, 2023.

    Respectfully submitted,

    s/*Charles J. Meyer*_____
    Charles J. Meyer
    Woodard, Emhardt, Henry
        Reeves & Wagner LLP
    111 Monument Circle, Suite 3700
    Indianapolis, IN 46204-5137
    Tel: (317) 634-3456
    cjmeyer@uspatent.com
    Attorney for Indian Industries, Inc.

#2111511