| | |
|---|---|
| **From:** | Sneed, Danielle Y. |
| **Sent:** | Thursday, July 13, 2023 11:35 AM |
| **To:** | 'abuse@namesilo.com' |
| **Subject:** | DMCA Notice: Copyright Infringement of Indian Industries, Inc. website; Our Ref.: 1077-1070 |
| **Attachments:** | Demand Letter to NameSilo LLC.pdf; Onix TM Reg.pdf; Pickleball Iinfringement indicationpdf.pdf; Whois Registrar Information.pdf |

Dear NameSilo:

Please see the attached.

Sincerely,
Danielle Sneed

**Danielle Y. Sneed** | Legal Assistant to Charles J. Meyer and Andrew M. Nevill

WOODARD, EMHARDT, HENRY, REEVES & WAGNER, LLP

Make your ideas *untouchable.*®
uspatent.com

Salesforce Tower | 111 Monument Circle, Suite 3700 | Indianapolis, IN 46204
Direct: 317.713.3234 | Main: 317.634.3456 | Fax: 317.637.7561 | Email: dsneed@uspatent.com

*This message is intended solely for the above addressee. If the reader of this message is not the addressee or the employee intended or agent responsible for delivering the message to the recipient, you are hereby notified that this transmission may contain privileged or confidential information and dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us by phone and destroy the original.*

**WOODARD, EMHARDT, HENRY, REEVES & WAGNER, LLP**

Make your ideas untouchable.®
uspatent.com

July 13, 2023

CHARLES J. MEYER
cjmeyer@uspatent.com
Direct: (317) 713-4934

NameSilo, LLC
25 N. 23rd Ave, Suite 100
Phoenix, AZ 85014
abuse@namesilo.com

    Re:    DMCA Notice: Copyright Infringement of Indian Industries, Inc. website and Trademark Infringement
            Our ref.: 1077-1070

Dear NameSilo, LLC:

    We represent Indian Industries, Inc. As part of their business, Indian Industries sells balls, paddles, nets, net kits, and poles for various games, particularly pickleball. Indian Industries sells pickleball paddles, balls, and nets under the trademark ONIX. ONIX is a highly successful brand and well known in the pickleball industry. ONIX brand pickleball equipment, gear, and apparel is sold at Indian Industries domain at www.onixpickleball.com. Extensive photos and text promoting the ONIX branded products is published throughout Indian Industries website.

    Additionally, ONIX® is a registered trademark of Indian Industries, with U.S. Trademark Registration No. 5,172,280.

    A website using the domain name www.pickleballoffers.us is pretending to be Indian Industries to purportedly sell ONIX branded pickleball equipment, accessories, and apparel. The website operator has engaged in wholesale copying of Indian Industries' copyrighted content, including multiple photos and text on various pages of the pickleballoffers.us website. The website operator has also engaged in wholesale copying and use of Indian Industries' ONIX® trademark. This is causing actual consumer confusion.

    This blatant and intentional copying can be seen by comparing the www.pickleballoffers.us website to Indian Industries' website www.onixpickleball.com.

    An annotated version of the pickleballoffers.us webpage is attached with some of instances of copying and trademark infringement indicated.

    A WHOIS lookup has indicated that NameSilo, LLC is the registrar for this website.

    The website operator's copying and misuse of this content infringes Indian Industries' copyright rights in these images and text under 17 U.S.C. § 501. It further constitutes trademark infringement, passing off, false and misleading advertising, and unfair competition under the Lanham Act, including 15 U.S.C. § 1125, as well as violations of common law rights.

    I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

NameSilo, LLC
July 13, 2023
Page 2

    I swear, under penalty of perjury, that the information in this notification is accurate and that I am authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

    We request that NameSilo, LLC immediately remove the infringing website and all of its content.

                                                   Sincerely,

                                                   Charles J. Meyer

Enclosures
#2111515

# United States of America
## United States Patent and Trademark Office

# ONIX

**Reg. No. 5,172,280**  
**Registered Mar. 28, 2017**  
**Int. Cl.: 28**  
**Trademark**  
**Principal Register**

Indian Industries, Inc. (INDIANA CORPORATION)  
817 Maxwell Avenue, P.O. Box 889  
Evansville, IN 47711

CLASS 28: Balls for games; paddles for use in ball games; nets for ball games; net kits including nets and poles for ball games

FIRST USE 9-00-2015; IN COMMERCE 9-00-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-723,551, FILED 08-13-2015  
LINDA A POWELL, EXAMINING ATTORNEY



Director of the United States  
Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.









Copyright Infringement



Copyright Infringement

Copyright Infringement



Copyright Infringement

TM Infringement

Copyright Infringement





Enter Domain or IP                    WHOIS

DOMAINS   WEBSITE   CLOUD   HOSTING   SERVERS   EMAIL   SECURITY   WHOIS   SUPPORT   LOGIN   0

# pickleballoffers.us

Updated 1 second ago

**Interested in similar domains?**

| | |
|---|---|
| pickleballoffer.com | Buy Now |
| pickleballofferstoday.com | Buy Now |
| pickleballoffersusa.com | Buy Now |
| cheappickleballoffers.com | Buy Now |
| pickleballoffers.net | Buy Now |
| volleyballoffers.com | Buy Now |

## Domain Information

| | |
|---|---|
| Domain: | pickleballoffers.us |
| Registrar: | NameSilo, LLC |
| Registered On: | 2023-06-29 |
| Expires On: | 2024-06-29 |
| Updated On: | 2023-07-04 |
| Status: | clientTransferProhibited<br>serverTransferProhibited |
| Name Servers: | ns1.dnsowl.com<br>ns3.dnsowl.com<br>ns2.dnsowl.com |

## Registrant Contact

| | |
|---|---|
| Name: | Domain Administrator |
| Organization: | NameSilo, LLC |
| Street: | 25 N. 23rd Ave Suite 100 |
| City: | Phoenix |
| State: | AZ |
| Postal Code: | 85014 |
| Country: | US |
| Phone: | +1.6024928198 |
| Email: | jiupi1648@163.com |

## Administrative Contact

| | |
|---|---|
| Name: | Domain Administrator |
| Organization: | NameSilo, LLC |
| Street: | 25 N. 23rd Ave Suite 100 |
| City: | Phoenix |
| State: | AZ |
| Postal Code: | 85014 |
| Country: | US |

.space
~~$24.88~~ **$0.88**
BUY NOW
*while stocks last

**On Sale!**



.PW @ $1.28 ~~$24.88~~

| | |
|---|---|
| Phone: | +1.6024928198 |
| Email: | jiupi1648@163.com |

### Technical Contact

| | |
|---|---|
| Name: | Domain Administrator |
| Organization: | NameSilo, LLC |
| Street: | 25 N. 23rd Ave Suite 100 |
| City: | Phoenix |
| State: | AZ |
| Postal Code: | 85014 |
| Country: | US |
| Phone: | +1.6024928198 |
| Email: | jiupi1648@163.com |

### Raw Whois Data

```
Domain Name: pickleballoffers.us
Registry Domain ID: DEC9A5E800AB74358B69D31C77ECF5012-GDREG
Registrar WHOIS Server: whois.namesilo.com
Registrar URL: www.namesilo.com
Updated Date: 2023-07-04T06:47:44Z
Creation Date: 2023-06-29T06:47:44Z
Registry Expiry Date: 2024-06-29T06:47:44Z
Registrar: NameSilo, LLC
Registrar IANA ID: 1479
Registrar Abuse Contact Email: abuse@namesilo.com
Registrar Abuse Contact Phone: +1.4805240066
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibi
Domain Status: serverTransferProhibited https://icann.org/epp#serverTransferProhibi
Registry Registrant ID: C09877224607444AFB83723620BDA3F59-GDREG
Registrant Name: Domain Administrator
Registrant Organization: NameSilo, LLC
Registrant Street: 25 N. 23rd Ave Suite 100
Registrant Street:
Registrant Street:
Registrant City: Phoenix
Registrant State/Province: AZ
Registrant Postal Code: 85014
Registrant Country: US
Registrant Phone: +1.6024928198
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: jiupi1648@163.com
Registrant Application Purpose: P3
Registrant Nexus Category: C11
Registry Admin ID: C09877224607444AFB83723620BDA3F59-GDREG
Admin Name: Domain Administrator
Admin Organization: NameSilo, LLC
Admin Street: 25 N. 23rd Ave Suite 100
Admin Street:
Admin Street:
Admin City: Phoenix
Admin State/Province: AZ
Admin Postal Code: 85014
Admin Country: US
Admin Phone: +1.6024928198
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: jiupi1648@163.com
Admin Application Purpose: P3
```


Introducing WORDPRESS HOSTING $3.58/mo VIEW MORE

```
Admin Nexus Category: C11
Registry Tech ID: C09877224607444AFB83723620BDA3F59-GDREG
Tech Name: Domain Administrator
Tech Organization: NameSilo, LLC
Tech Street: 25 N. 23rd Ave Suite 100
Tech Street:
Tech Street:
Tech City: Phoenix
Tech State/Province: AZ
Tech Postal Code: 85014
Tech Country: US
Tech Phone: +1.6024928198
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: jiupi1648@163.com
Tech Application Purpose: P3
Tech Nexus Category: C11
Name Server: ns1.dnsowl.com
Name Server: ns3.dnsowl.com
Name Server: ns2.dnsowl.com
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of WHOIS database: 2023-07-11T16:23:16Z <<<

For more information on Whois status codes, please visit https://icann.org/epp

.US WHOIS Complaint Tool - http://www.whoiscomplaints.us
Advanced WHOIS Instructions - http://whois.us/help.html

Registry Services, LLC, the Registry Administrator for .US, has collected this info

Registry Services, LLC makes this information available to you "as is" and does not

(1) to allow, enable, or otherwise support the transmission of mass unsolicited, co
(2) in contravention of any applicable data and privacy protection laws; or
(3) to enable high volume, automated, electronic processes that apply to the regist

Compilation, repackaging, dissemination, or other use of the WHOIS database in its

We reserve the right to modify or change these conditions at any time without prior
```

### related domain names

namesilo.com   icann.org   163.com   dnsowl.com   whoiscomplaints.us   whois.us



Leading provider of web presence solutions that empower you to establish and grow your online presence.

Learn more About Us

| Login | or | Create an Account |

Follow Us

#### Domains
Register Domain Name
Transfer Domain Name
View Domain Pricing
Whois Lookup
Name Suggestion Tool
Free with Every Domain
Domain Offers

#### Hosting & Products
Linux Hosting
Windows Hosting
WordPress Hosting
Linux Reseller Hosting
Windows Reseller Hosting
Dedicated Servers
Cloud Hosting
Website Builder
Business Email
Enterprise Email

#### Infrastructure
Datacenter Details
Hosting Security
24 x 7 Servers Monitoring
Backup and Recovery

#### Support
View Knowledge Base
Contact Support
Report Abuse
About Whois

Google Workspace

SSL Certificates

Sitelock

CodeGuard

Copyright © Whois.com. All rights reserved | Legal Agreement | Privacy Policy